UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OTTO VON VOLKMANN, IV,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-1991-KKE<br><br>ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS |

Plaintiff Otto Von Volkmann IV, representing himself, filed this action in King County Superior Court. Dkt. No. 1. Defendant Samsung Electronics America, Inc. subsequently removed this action to federal court. *Id.* Now before the Court is Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs," which Plaintiff submits via Short Form AO 240. Dkt. No. 14. The Court construes his application, which is a financial affidavit stating that he is "unable to pay the costs of these proceedings," as an application to proceed IFP. *See Totenberg v. Does*, 1:24-CV-00452 (UNA), 2024 WL 1989115, at * 1 (D.D.C. May 1, 2024) (IFP application submitted via Short Form AO 240); *see also Betances v. Wightman*, CV 19-11800-RGS, 2019 WL 13219544, at * 1 (D. Mass. Aug. 22, 2019) (same). "[A]ny court of the United States may authorize the commencement … of any suit … without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets" that shows "the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).

ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS - 1

As an initial matter, Plaintiff's application does not comply with this district's local rules, which require submitting an IFP application using the district's designated form. Local Rules W.D. Wash. LCR 3(c). Regardless, an IFP application is unnecessary because his case was removed from King County Superior Court, and the filing fee was paid by the removing Defendant. *See* Dkt. No. 1; 28 U.S.C. § 1914(a); *see also* LCR 3(b) ("A party must pay the Civil Filing Fee when it … removes any civil action"). Plaintiff does not need to pay a filing fee. Thus, Plaintiff's application (Dkt. No. 14) is DENIED as moot. *Meppelink v. Wilmington Sav. Fund Soc'y FSB*, C19-5655RJB, 2019 WL 7290779, at *2 (W.D. Wash. Dec. 30, 2019) ("The Plaintiff's [IFP] application was denied as moot because the Plaintiff did not need to pay a filing fee," following Defendants' removal of action to federal court).

Dated this 13th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS - 2