UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OTTO VON VOLKMANN, IV, | CASE NO. C25-1991-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendant(s). | |

Plaintiff Otto Von Volkmann IV has notified the Court of his intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A).  Dkt. No. 30 at 1. Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to terminate all pending motions and administratively close this case.

Dated this 5th day of February, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1